# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PEREGRINA, | 1:11-cv-02139 MJS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY AND FILE FIRST AMENDED PETITION |
| v. | (Doc. 12) |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254. On September 6, 2012, the Court granted Petitioner's request to stay the proceeding under Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003).

On December 7, 2013, Petitioner filed a motion to lift the stay and a motion to file a first amended petition. Petitioner informed the Court that the California Supreme Court had denied his petition containing preciously unexhausted claims.  He also filed a motion to amend the Federal petition to add the newly-exhausted claim.

Respondent has not filed objections to the motion.

As Petitioner asserts that he has exhausted his claim in state court, the Court GRANTS

-1-

1 Petitioner's motion to lift the stay and to amend to allow Petitioner to file a first amended
2 petition containing his previously exhausted and newly exhausted claims.

3 The Court cautions Petitioner that Local Rule 220 requires that an amended pleading
4 be complete in itself, without reference to any prior pleading. See Loux v. Rhay, 375 F.2d 55,
5 57 (9th Cir. 1967) (As general rule, an amended complaint or petition supersedes the
6 original.).

**ORDER**

8 IT IS THEREFORE ORDERED that Petitioner's motion to lift the stay is GRANTED. It
9 is FURTHER ORDERED that Petitioner's motion to amend the Petition is GRANTED.

11 IT IS SO ORDERED.

12 Dated:   March 29, 2013            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE