UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PEREGRINA,<br><br>        Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, Warden,<br><br>        Respondent. | 1:11-cv-02139 MJS HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY AND FILE FIRST AMENDED PETITION<br><br>(Doc. 12) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254. On September 6, 2012, the Court granted Petitioner's request to stay the proceeding under Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003).

On December 7, 2013, Petitioner filed a motion to lift the stay and a motion to file a first amended petition. Petitioner informed the Court that the California Supreme Court had denied his petition containing preciously unexhausted claims.  He also filed a motion to amend the Federal petition to add the newly-exhausted claim.

Respondent has not filed objections to the motion.

As Petitioner asserts that he has exhausted his claim in state court, the Court GRANTS

-1-

Petitioner's motion to lift the stay and to amend to allow Petitioner to file a first amended petition containing his previously exhausted and newly exhausted claims.

The Court cautions Petitioner that Local Rule 220 requires that an amended pleading be complete in itself, without reference to any prior pleading. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967) (As general rule, an amended complaint or petition supersedes the original.).

**ORDER**

IT IS THEREFORE ORDERED that Petitioner's motion to lift the stay is GRANTED. It is FURTHER ORDERED that Petitioner's motion to amend the Petition is GRANTED.

IT IS SO ORDERED.

Dated:   March 29, 2013                        /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE